IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD WAYNE GIBSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 12-858 |
| v. ) | |
| ) | District Judge Mark R. Hornak |
| CAROLYN W. COLVIN, ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| Commissioner of Social Security, ) | |
| ) | ECF Nos. 11 & 13 |
| Defendant. ) | |

## MEMORANDUM ORDER

Plaintiff Ronald Wayne Gibson commenced this action by filing a Motion for Leave to Proceed *In Forma Pauperis* on June 25, 2012. That motion was granted and the Clerk of Court docketed the Complaint (ECF No. 2) on June 28, 2012. The case was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF. No. 16), filed on July 26, 2013, recommended that Plaintiff's Motion for Summary Judgment (ECF. No. 11) be denied, and that Defendant's Motion for Summary Judgment (ECF. No. 13) be granted, and that the decision of the Administrative Law Judge be affirmed. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. The Plaintiff filed timely Objections to the Report and Recommendation (ECF No. 17) on August 12, 2013.

After review of the pleadings and documents in the case, together with the Report and Recommendation, and objections thereto, the following order is entered:

AND NOW, this 5TH day of September, 2013,

**IT IS HEREBY ORDERED** that Plaintiff Ronald Wayne Gibson's Motion for Summary Judgment (ECF. No. 11) is **DENIED**, and Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF. No. 13) is GRANTED, and the decision of the Administrative Law Judge is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Chief Magistrate Judge Lenihan (ECF No. 16), dated July 26, 2013, is adopted as the Opinion of the court.

MARK R. HORNAK
United States District Judge

cc: All Counsel of Record
*Via Electronic Mail*